**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | | |
|---|---|---|
| Cami Siecinski, | ) | C.A. No.: 6:17-cv-01546-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Aetna Life Insurance Company, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** on the parties' joint motion seeking to extend the deadline within which they must mediate to, as well as the remaining deadlines in the court's Specialized Case Management Order ("SCMO"). The parties have scheduled the mediation for January 12, 2018 and ask that the deadline to file the joint stipulation and the parties' respective memoranda to be moved to February 12, 2018. For good cause shown, the court does believe that an extension of time within which to mediate and to file a joint stipulation and supporting memoranda pursuant to the court's SCMO is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to January 12, 2018 and to file a joint stipulation and the parties' respective memoranda in the matter *sub judice* to February 12, 2018.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate by January 12, 2018 and to file a joint stipulation and the parties' respective memoranda pursuant to the court's specialized case management order in the matter *sub judice* is hereby extended until February 12, 2018. In all other regards, the parties shall comply with the SCMO.

**AND, IT IS SO ORDERED.**

                                                s/Donald C. Coggins, Jr.
                                          The Honorable Donald C. Coggins, Jr.
                                          United States District Judge

December 28, 2017
Spartanburg, South Carolina